# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER STEWART,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-01757-RFB-BNW<br><br>**Order Granting Extension of Time to File Amended Petition to December 22, 2023**<br><br>(ECF No. 11) |

Christopher Stewart asks the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 11) Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 11) is GRANTED** nunc pro tunc. **The deadline to file the petition is extended to December 22, 2023**.

DATED: 27 September 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE