**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER STEWART, | Case No.: 2:22-cv-01757-RFB-BNW |
| Petitioner | **Order Granting Extension of Time to File Amended Petition to April 22, 2024** |
| v. | |
| CALVIN JOHNSON, *et al*., | (ECF No. 15) |
| Respondents. | |

Christopher Stewart asks the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 15 Good cause appearing,

IT IS ORDERED that petitioner's unopposed third motion for extension of time to file an amended petition **(ECF No. 15) is GRANTED** nunc pro tunc. **The deadline to file the petition is extended to April 22, 2024**.

DATED: February 21, 2024.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**