# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER STEWART,<br><br>Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>Respondents. | Case No.: 2:22-cv-01757-RFB-BNW<br><br>**Order Granting Extension of Time to File Response to Amended Petition to September 19, 2024**<br><br>(ECF No. 20) |

Respondents ask the Court for an extension of time to file a response to Christopher Stewart's amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 20. Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the amended petition **(ECF No. 20) is GRANTED <u>nunc pro tunc</u>. The deadline to respond is extended to September 19, 2024**.

DATED: August 9, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE