UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER STEWART, | Case No. 2:22-cv-01757-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Respondents ask the Court for a brief extension of time to file a response to Christopher Stewart's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 24. Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a response to the petition **(ECF No. 24) is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to October 24, 2024**.

**DATED:** October 21, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**