UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER STEWART,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>Respondents. | Case No. 2:22-cv-01757-RFB-BNW<br><br>**ORDER** |

Petitioner Christopher Stewart asks the Court for an extension to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 31. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 31) is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to January 24, 2025**.

**DATED:** December 16, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**