# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER STEWART, | Case No. 2:22-cv-01757-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Petitioner Christopher Stewart asks the Court for an extension to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 35. Respondents have indicated that they do not oppose. ECF No. 36. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed third motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 35) is GRANTED** *nunc pro tunc*. **The deadline is extended to May 9, 2025**.

**DATED:** April 6, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**