# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHRISTOPHER STEWART,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:22-cv-01757-RFB-BNW

**ORDER**

    Respondents ask the Court for an extension of time to file a response to 28 U.S.C. § 2254 habeas corpus Petitioner Christopher Stewart's Motion for Discovery. ECF No. 43. Respondents have indicated that they do not oppose. ECF No. 36. Good cause appearing,

    **IT IS ORDERED** that Respondents' unopposed Motion for Extension of Time to file a response to Petitioner's Motion for Discovery (ECF No. 43) is **GRANTED** *nunc pro tunc*. **The deadline is extended to June 16, 2025**.

**DATED:** May 27, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**