# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER STEWART, | Case No. 2:22-cv-01757-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Petitioner Christopher Stewart's 28 U.S.C. § 2254 habeas corpus action is before the Court on Respondents' motions for extension of time to file a reply in support of their Motion to Dismiss and to file a response to Stewart's Motion for Discovery. ECF Nos. 42, 45, 46. Good cause appearing,

**IT IS ORDERED** that Respondents' unopposed Motions for Extension of Time to file a reply in support of the Motion to Dismiss (ECF Nos. 42, 45) are both **GRANTED** *nunc pro tunc*. **The deadline is extended to July 16, 2025**. Absent extraordinary circumstances, the Court is unlikely to grant any further extension.

**IT IS FURTHER ORDERED** that Respondents' unopposed Motion for Extension of Time to file response to Petitioner's Motion for Discovery (ECF No. 46) is **GRANTED** *nunc pro tunc*. **The deadline is extended to July 16, 2025**.

**DATED:** June 17, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**