# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

CHRISTOPHER STEWART,

    Petitioner,

    v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:22-cv-01757-RFB-BNW

**ORDER**

    Petitioner Christopher Stewart's 28 U.S.C. § 2254 habeas corpus action is before the Court on Respondents' Motion for Extension of Time to file a reply in support of their Motion to Dismiss and to file a response to Stewart's Motion for Discovery. ECF No. 48. Good cause appearing,

    **IT IS ORDERED** that Respondents' Motion for Extension of Time to file a reply in support of the Motion to Dismiss and to respond to the Motion for Discovery (ECF No. 48) is **GRANTED** *nunc pro tunc*. **The deadline is extended to July 18, 2025**.

    **DATED:** July 17, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**