**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

CHRISTOPHER STEWART,

      Petitioner,

  v.

CALVIN JOHNSON, *et al.*,

      Respondents.

Case No. 2:22-cv-01757-RFB-BNW

**EXTENSION ORDER**

Respondents seek an extension of time to file their answer. See ECF Nos. 57, 58. The Court finds that the request is made in good faith and not solely for the purpose of delay; therefore, good cause exists to grant the motions.

Therefore, **IT IS HEREBY ORDERED** Respondents' first unopposed motion to extend time (ECF No. 57) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** Respondents' second unopposed motion to extend time (ECF No. 58) is **GRANTED**. Respondents have until March 12, 2026, to file their answer.

**DATED**: February 6, 2026.

 

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1