**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTOPHER STEWART,

Petitioner,

v.

CALVIN JOHNSON, et al.,

Respondents.

Case No. 2:22-cv-01757-RFB-BNW

**ORDER**

Petitioner Christopher Stewart seeks an extension of time to file his reply. ECF No. 64. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's first unopposed Motion to Extend Time (ECF No. 64) is GRANTED *nunc pro tunc*.

DATED this 19 day of November, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE